# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# TAMPA DIVISION

UNITED STATES OF AMERICA

v.                                           Case No. 8:10-cr-91-T-33TGW

OSVALDO VELA

_____

## Order Reducing Defendant's Prison Term Under 18 U.S.C. § 3582(c)(2) Based on USSG Amend. 782

This matter comes before the Court upon the filing of Defendant's Motion for Sentence Reduction Based on Amendment 782. (Doc. # 50). The United States Probation Office filed its Amendment 782 Memorandum on October 26, 2016. (Doc. # 52). The October 26, 2016, Amendment 782 Memorandum indicates that Defendant is eligible for a sentence reduction. (Id.). Specifically, the Amendment 782 Memorandum indicates that Defendant is eligible for a 2-level reduction that results in an offense level of 29, criminal history category of IV, with a guideline range of 121 to 151 months as to Count I. (Id.). The Amendment 782 Memorandum further indicates that Defendant is still subject to a 10-year mandatory minimum sentence.

The Court agrees that Defendant is eligible for a reduction and, pursuant to its discretionary authority under 18 U.S.C. § 3582(c)(2) and USSG § 1B1.10, grants a sentence reduction consistent with the October 26, 2016, Amendment 782 Memorandum. Having reviewed the facts

in both the original presentence investigation report and the October 26, 2016, Memorandum from the United States Probation Office in light of the factors in 18 U.S.C. § 3553(a), the need to consider the nature and seriousness of any danger posed by a reduction, see USSG § 1B1.10, comment (n.1(B)(ii)), and the pending Motion, the Court finds that a reduction of 34 months is warranted.

Thus:

(1)    The Court grants the Defendant's Motion for a sentence reduction (Doc. # 50).

(2)    The Court reduces the Defendant's prison term from 168 months to 134 months or time served, whichever is greater, as to Count I.

(3)    Except as otherwise provided, all provisions of the Judgment dated October 7, 2010, shall remain in effect.

**DONE** and **ORDERED** in Chambers in Tampa, Florida, this 27th day of October, 2016.

VIRGINIA M. HERNANDEZ COVINGTON
UNITED STATES DISTRICT JUDGE